IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
                                 )
v.                               )     No. 3-13-00271
                                 )
JAMES OLIVER DAVIDSON    )

ORDER

By Order entered March 6, 2014, (Docket Entry No. 21) a hearing was convened on March 13, 2014, on the Government's motion for detention.

Defendant's witness was not available to appear in person and counsel requested a two week continuance. Defendant's motion was granted, and it is hereby ORDERED that the hearing is RESCHEDULED to **Thursday, March 27, 2014, at 10:00 a.m.,** in Courtroom 764.

The Marshal shall produce the defendant for the hearing.

It is so ORDERED.


JULIET GRIFFIN
United States Magistrate Judge